# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 15-10983

United States Court of Appeals
Fifth Circuit

**FILED**

August 16, 2016

Lyle W. Cayce
Clerk

VARUN SHAH,

      Plaintiff - Appellant

v.

UNIVERSITY OF TEXAS SOUTHWESTERN MEDICAL SCHOOL; J. GREGORY FITZ,

      Defendants - Appellees

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:13-CV-4834

Before WIENER, CLEMENT, and COSTA, Circuit Judges.

PER CURIAM:*

    Our review of the record, the parties' briefs, and arguments of counsel convinces us that the analysis, reasoning, and conclusions of the district court are not only comprehensive and correct, but that our writing separately is

---

    * Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 15-10983

unnecessary. We therefore adopt the district court's opinion *in toto* and incorporate it herein.[1]

AFFIRMED.

---

[1] *See Shah v. Univ. of Tex. Sw. Med. Sch.*, 129 F. Supp. 3d 480 (N.D. Tex. 2015).